**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Luis GARCIA–RUBIO,**
**Defendant—Appellant.**

No. 02–10271.

D.C. No. CR–01–00370–KJD.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

MEMORANDUM **

Jose Garcia–Rubio appeals from his guilty plea conviction and sentence for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326.

Garcia–Rubio contends that the district court erred by enhancing his sentence pursuant to 8 U.S.C. § 1326 based on a conviction that was not considered an aggravated felony at the time of his deportation. Garcia–Rubio acknowledges however, that his contention is foreclosed by our decision in *United States v. Maria–Gonzalez,* 268 F.3d 664, 667–71 (9th Cir.2001).

Garcia–Rubio also contends his sentence violated the Ex Post Facto Clause. Here too, Rubio's contention is foreclosed by *United States v. Ramirez–Valencia,* 202 F.3d 1106, 1110 (9th Cir.), *cert. denied,* 531 U.S. 892, 121 S.Ct. 218, 148 L.Ed.2d 154 (2000) (per curiam), cited in *Maria–Gonzalez,* 268 F.3d at 668 n. 2.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.